UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARVELLOUS GREENE,

      Plaintiff,

  v.

J. JONES, Lieutenant CCI, et al.,

      Defendants.
_____/

No. C 08-0677 CRB

**CLERK'S NOTICE**

THE PARTIES ARE HEREBY NOTIFIED that this case has been reassigned to the Honorable CHARLES R. BREYER. Judge Breyer sits in the Northern District of California, but has been temporarily designated to sit in the Eastern District. DEFENDANT(S) ARE HEREBY NOTIFIED THAT EFFECTIVE IMMEDIATELY courtesy chambers copies of all documents that defendant(s) file and/or lodge in this case must be delivered to Judge Breyer's chambers by noon the following day at the address below:

    HONORABLE CHARLES R. BREYER
    United States District Court
    Northern District of California
    450 Golden Gate Ave., 19th Floor
    San Francisco, CA  94102

    Richard W. Wieking
    Clerk, U.S. District Court

by:_____
    Barbara Espinoza, Deputy Clerk
    Honorable CHARLES R. BREYER
    (415) 522-2062

Dated: February 9, 2009