IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELLOUS ASHA XYAH GREENE,<br>　　　Plaintiff,<br>　v.<br>J. JONES, et al.,<br>　　　Defendants.　　　　　　　　　／ | No. C 08-00677 CRB (PR)<br><br>**ORDER** |

In an order filed on February 12, 2009, the Court dismissed Plaintiff's pro se complaint for damages and injunctive relief under 42 U.S.C. § 1983. Plaintiff then filed a Motion to Vacate Judgment, pursuant to Federal Rule of Civil Procedure 59(e). Plaintiff has offered no argument for why the Court should vacate its judgment, and the Court finds no reason to disturb its ruling. Accordingly, Plaintiff's Motion to Vacate Judgment is hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 2, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\677\Order denying motion to vacate.wpd