IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELLOUS ASHA XYAH GREENE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. JONES, ET AL.,<br><br>　　　　　Defendants.　　　　　　　　　／ | No. C 08-00677 CRB (PR)<br><br>**ORDER DENYING MOTION TO VACATE JUDGMENT** |

　　　Plaintiff, a California state prisoner, filed a pro se Complaint for damages and injunctive relief under 42 U.S.C. § 1983, alleging violations of his constitutional rights in connection with strip searches conducted by Defendants, prison officials, while Plaintiff was incarcerated at the California Correctional Institution ("CCI"). See generally Compl. (dkt. 1).

　　　This Court dismissed Plaintiff's case under 28 U.S.C. § 1915A(a), concluding that Plaintiff had failed "to allege facts suggesting that the searches at CCI are unreasonable." See Order of Dismissal (dkt. 18) at 2. Plaintiff moved to vacate the Court's judgment, and the Court denied Plaintiff's motion on March 2, 2009. Dkt. 23. Plaintiff timely appealed, and the Ninth Circuit Court of Appeals vacated and remanded, instructing this Court to provide Plaintiff with leave to file a second amended complaint. See generally Memorandum (dkt. 28).

1    Prior to this Court issuing its Order Granting Leave to File Amended Complaint (dkt.
2 33), Plaintiff filed a motion styled "Motion to Vacate Judgment Disturb Bias Ruling Not in
3 Harmony of Laws," dkt. 32, which in substance was a motion for reconsideration of this
4 Court's March 3, 2009, order denying Plaintiff's previous motion to vacate the judgment.
5 Plaintiff has since filed a Second Amended Complaint. See dkt. 35.

6    The pending motion for reconsideration is now moot, since it concerns Plaintiff's
7 initial complaint and the Ninth Circuit has already reversed this Court's ruling on that
8 complaint.  Accordingly, the Court DENIES Plaintiff's "Motion to Vacate Judgment Disturb
9 Bias Ruling Not in Harmony of Laws" as MOOT.  The Court notes that Plaintiff has attached
10 that motion to his second amended complaint, and to the extent its contents could be relevant
11 as an exhibit to the complaint, the Court will consider them.

12   The case will now proceed forward with Plaintiff's Second Amended Prisoner Civil
13 Rights Complaint serving as the operative pleading.

14   **IT IS SO ORDERED.**

16 Dated: October 9, 2012            CHARLES  R. BREYER
                                     UNITED STATES DISTRICT JUDGE