United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELLOUS ASHA XYAH GREENE,<br><br>        Plaintiff,<br><br>   v.<br><br>J. JONES, ET AL.,<br><br>        Defendants.                    / | No. C 08-00677 CRB (PR)<br><br>**ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS AND DISMISSING CASE** |

Plaintiff, a state prisoner, proceeds pro se with a civil rights complaint filed pursuant to 42 U.S.C. § 1983. Compl. (dkt. 1); see also First Am. Compl. (dkt. 9), Second Am. Compl. (dkt. 35). The Court granted Plaintiff's application to proceed in forma pauperis ("IFP") on July 11, 2008. Dkt. 12. Now before the Court is the unopposed motion of Defendants J. Jones and L.L. Schulteis for an order revoking Plaintiff's IFP status in this action, pursuant to the "three strikes" provision of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). Mot. (dkt. 40) at 2-3. Defendants also seek a stay of this matter pending Plaintiff's payment of the filing fee. Id. at 3-4; see also 28 U.S.C. § 1914(a) (requiring payment of $350 filing fee upon commencement of non-habeas civil actions); Local Rule 121(c) (requiring prepayment of fees).

///

The Court takes judicial notice of Judge Ishii's November 15, 2012 Order revoking Plaintiff's IFP status in another case, Greene v. Vasquez, et al., Case No. 1:12-cv-01568-AWI-GBC PC.  RJN (dkt. 39), Ex. D.  In view of Judge Ishii's Order, the Court GRANTS the instant Motion.  Plaintiff's IFP status is hereby REVOKED.

"When [IFP] status is denied or revoked under § 1915(g), the proper course of action is to dismiss the action without prejudice to re-filing the action upon prepayment of fees at the time the action is re-filed."  Givens v. Knipp, CIV S-12-0688-CMK-P, 2012 WL 4755166, at *1 (E.D. Cal. Oct. 4, 2012).  Accordingly, Defendants' motion for a stay is DENIED AS MOOT.  The instant action is DISMISSED.  The dismissal is without prejudice, meaning, Plaintiff may re-file this case if he pays the filing fee.

**IT IS SO ORDERED.**

Dated: February 19, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE