1

2

3

4

5

6

7

8

9

10

11

**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

12  MARVELLOUS ASHA XYAH GREENE,

13          Plaintiff,

14    v.

15  J. JONES, ET AL.,

16          Defendants.

_____/

No. C 08-00677 CRB (PR)

**ORDER VACATING JUDGMENT**
**AND REOPENING CASE**

17

18          This Court revoked Plaintiff Marcellus Greene's <u>in forma pauperis</u> status in this action

19  pursuant to the "three strikes" provision of the Prison Litigation Reform Act, 28 U.S.C.

20  § 1915(g), and dismissed the case without prejudice, explaining that Greene could proceed

21  with the case if he paid the filing fee.  <u>See</u> Order Revoking, dkt. 43.  Greene has since paid

22  the filing fee.  <u>See</u> dkt. 45.

23  //

24  //

25  //

26  //

27  //

28  //

1    Accordingly, the Court VACATES the Judgment entered against Greene and

2  REOPENS the case.

3    **IT IS SO ORDERED.**

4

5  Dated: March 13, 2013

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California