IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELLOUS ASHA XYAH GREENE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. JONES, ET AL.,<br><br>　　　　　Defendants. _____/ | No. C 08-00677 CRB (PR)<br><br>**ORDER VACATING JUDGMENT AND REOPENING CASE** |

　　　This Court revoked Plaintiff Marcellus Greene's in forma pauperis status in this action pursuant to the "three strikes" provision of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g), and dismissed the case without prejudice, explaining that Greene could proceed with the case if he paid the filing fee. See Order Revoking, dkt. 43. Greene has since paid the filing fee. See dkt. 45.

//
//
//
//
//
//

Accordingly, the Court VACATES the Judgment entered against Greene and REOPENS the case.

**IT IS SO ORDERED.**

Dated: March 13, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\677\order revoking IFP status and staying case.wpd    2