IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELLOUS ASHA XYAH GREENE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. JONES, ET AL.,<br><br>　　　　　Defendants.　　　　　　　　／ | No. CV 08-00677 CRB (PR)<br><br>**ORDER DENYING REQUEST** |

　　One day before this Court appointed Plaintiff counsel and granted him leave to further amend his complaint, see dkt. 49, Plaintiff requested a copy of his amended complaint, see dkt. 50 (dated March 24, 2013). Plaintiff's counsel can now provide him with the documents he requested, and the Court accordingly DENIES Plaintiff's request as moot.

　　**IT IS SO ORDERED.**

Dated: May 8, 2013　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\677\order appointing counsel.wpd