IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELLOUS ASHA XYAH GREENE,<br><br>    Plaintiff,<br><br>v.<br><br>J. JONES, ET AL.,<br><br>    Defendants. | No. CV 08-00677 CRB (PR)<br><br>**ORDER DENYING REQUEST** |

    One day before this Court appointed Plaintiff counsel and granted him leave to further amend his complaint, <u>see</u> dkt. 49, Plaintiff requested a copy of his amended complaint, <u>see</u> dkt. 50 (dated March 24, 2013). Plaintiff's counsel can now provide him with the documents he requested, and the Court accordingly DENIES Plaintiff's request as moot.

**IT IS SO ORDERED.**

Dated: May 8, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\677\order appointing counsel.wpd