IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS ALEXANDER GREENE,<br><br>    Plaintiff,<br><br>  v.<br><br>FERNANDO GONZALEZ ET AL.,<br><br>    Defendants. | No. CV 08-00677 CRB (PR)<br><br>**ORDER RE ADDITIONAL CASE SCREENING UNDER 28 U.S.C. § 1915A** |

Plaintiff, Marcellus (Marvellous) Greene, is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff filed a Third Amended Complaint on June 24, 2013. Dkt. 55. Defendant Gonzalez now requests that the Court screen the Third Amended Complaint for cognizable claims under 28 U.S.C. § 1915A. Greene argues that because the Court previously screened Plaintiff's Second Amended Complaint and concluded that it stated a claim, it need not screen the Third Amended Complaint. See dkt. 59. Gonzalez responds that he is newly named in the Third Amended Complaint, and the new complaint asserts five additional claims that were not previously presented to, nor screened by, this Court. See dkt. 60.

Under 28 U.S.C. § 1915A, the Court is required to review all prisoner lawsuits seeking redress from government employees. 28 U.S.C. § 1915(a). The Court must dismiss any claim that is frivolous, malicious, or fails to state a claim upon which relief can be

granted, or which seeks monetary relief from a Defendant who is immune from such relief. See 28 U.S.C. § 1915A(b)(1)-(2).

Neither party has pointed this Court to statutory language or case law specifically addressing whether another § 1915A review is required in this situation.  The Court concludes that the legal dispute is moot, because a further § 1915A review would not result in the dismissal of any claims.  Defendants remain free to move to dismiss any or all of the claims on the grounds referenced in section § 1915A.

**IT IS SO ORDERED.**

Dated: July 29, 2013

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\677\Order Screening Third Amend.wpd          2