IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS ALEXANDER GREENE,<br><br>    Plaintiff,<br><br>  v.<br><br>J. JONES, ET AL.,<br><br>    Defendants. | No. C 08-00677 CRB<br><br>**ORDER GRANTING<br>MISCELLANEOUS RELIEF** |

Now pending before the Court is plaintiff's motion to change his name from "Marcellus Alexander Greene" to "Marvellous Amir Warrior." The Court GRANTS the motion.

**IT IS SO ORDERED.**

Dated: August 22, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE