IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS ALEXANDER GREENE, | No. C 08-00677 CRB |
| Plaintiff, | **ORDER GRANTING MISCELLANEOUS RELIEF** |
| v. | |
| J. JONES, ET AL., | |
| Defendants. | |

Now pending before the Court is plaintiff's motion to change his name from "Marcellus Alexander Greene" to "Marvellous Amir Warrior." The Court GRANTS the motion.

**IT IS SO ORDERED.**

Dated: August 22, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE