**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVELLOUS AMIR WARRIOR
also known as
MARVELLOUS ASHA XYAH GREENE
also known as
MARVELLOUS ASHA XYAH
also known as
MARCELLUS ALEXANDER GREENE,

    Plaintiff,

v.

J. JONES, ET AL.,

    Defendants.

No. C 08-00677 CRB

**ORDER CLARIFYING PREVIOUS ORDER OF AUGUST 23, 2013**

    Now pending before the Court is defendant's request for clarification of the Court's order dated August 23, 2013. <u>See</u> Order Granting Miscellaneous Relief (dkt. 65). On August 23, 2013, the Court granted Plaintiff's unopposed motion to change his name for purposes of the case caption, adding yet another also known as name to the case caption. The Court granted the unopposed motion.

    The Court's order of August 23, 2013 was not a formal legal name change. Of course, a formal legal name change must be pursued through California State Courts. Cal. Civ. Proc. Code § 1275 et seq. Accordingly, the Plaintiff's legal name is unchanged by the Court's August 23, 2013 order and the legal name ("Marcellus Alexander Greene") will continue to appear on the case caption.

On March 25, 2012, the Court appointed counsel to represent plaintiff in this matter. See Order Appointing Counsel (dkt. 49). As Plaintiff is no longer appearing pro se, future motions should be filed by appointed counsel.

**IT IS SO ORDERED.**

Dated: August 30, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE