KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MISHA D. IGRA, State Bar No. 208711
Supervising Deputy Attorney General
RUSSA M. BOYD, State Bar No. 239380
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 319-9476
Fax: (916) 324-5205
E-mail: Russa.Boyd@doj.ca.gov
*Attorneys for Defendant Gonzalez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MARVELLOUS ASHA XYAH GREEN also known as MARVELLOUS ASHA XYAH also known as MARCELLUS ALEXANDER GREENE also known as MARVELLOUS AMIRWARRIOR,**<br>Plaintiff,<br>**v.**<br>**J. JONES, et al.,**<br>Defendants. | 1:08-cv-00677 CRB (PC)<br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER THIRD AMENDED COMPLAINT** |

On November 20, 2013, the Court issued an order granting in part and denying in part Defendant's motion to dismiss Plaintiff's Third Amended Complaint (TAC). (ECF No. 72.) Defendant's answer to the TAC was due on December 4, 2013.

Pursuant to Local Rule 144, counsel for the parties have agreed to extend the deadline for Defendant to file his answer toDecember 11, 2013.

///

///

SO STIPULATED:

Dated: December 6, 2013

KAMALA D. HARRIS
Attorney General of California
MISHA D. IGRA
Supervising Deputy Attorney General

***/s/ Russa M. Boyd***

RUSSA M. BOYD
Deputy Attorney General
*Attorneys for Defendants*
*Fernando Gonzalez*

JONES DAY

***/s/ Daniel Corbett***
Counsel for Plaintiff Warrior

IT IS SO ORDERED: December 6, 2013

Charles R. Breyer
UNITED STATES DISTRICT JUDGE

SA2012307758
31845550.doc