UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **Marvellous Asha Xyah Greene**<br>also known as<br>**Marvellous Asha Xyah**<br>also known as<br>**Marcellus Alexander Greene**<br>also known as<br>**Marvellous Amir Warrior,**<br><br>               **Plaintiff,**<br><br>     v.<br><br>Fernando Gonzalez, et al.,<br><br>               Defendant. | Case No. CV 08-00677 CRB (PC)<br><br>STIPULATED REQUEST AND<br> ORDER SETTING<br>INITIAL CASE MANAGEMENT<br>CONFERENCE<br><br>Date:         March 28, 2014<br>Time:        8:30 a.m.<br>Judge:       Hon. Charles R. Breyer |

　　　Plaintiff Marvellous Amir Warrior and Defendant Fernando Gonzalez hereby make this stipulated request for an order setting an initial case management conference pursuant to Rule 16 of the Federal Rules of Civil Procedure, and the local rules of this Court, before Judge Charles R. Breyer on Friday, March 28, 2014 at 8:30 a.m., or as soon thereafter as the Court's schedule will permit.  The parties are prepared to meet and confer no less than thirty (30) days in advance of the conference, and to file a joint case management statement no less than seven (7) days in advance

of the conference.

Dated: January 28, 2014                     JONES DAY

                                            By: */s/ Daniel L. Corbett*
                                                Daniel L. Corbett

                                            JONES DAY
                                            555 California Street, 26th Floor
                                            San Francisco, CA  94104
                                            (415) 626-3939
                                            dcorbett@jonesday.com

                                            *Attorneys for Plaintiff*

Dated: January 28, 2014

                                            By: */s/ Russa Boyd*
                                                Russa Boyd

                                            California Department of Justice
                                            1300 "I" Street
                                            P.O. Box 944255
                                            Sacramento, CA 94244
                                            (916) 319-9476
                                            Russa.Boyd@doj.ca.gov

                                            *Attorneys for Defendant*

**The below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.**

Dated: January 28, 2014

                                            */s/ Daniel L. Corbett*
                                            Daniel L. Corbett

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:  __Lcpwct{'53.'4236_____        _____
                                            Charles R. Breyer
                                            United States District Judge

SFI-850761v1

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA