Caroline N. Mitchell (State Bar No. 143124)
cnmitchell@JonesDay.com
Nathaniel P. Garrett (State Bar No. 248211)
ngarrett@JonesDay.com
Amir Q. Amiri (State Bar No. 271224)
aamiri@jonesday.com
Daniel L. Corbett (State Bar No. 286103)
dcorbett@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    415.626.3939
Facsimile:    415.875.5700

Attorneys for Plaintiff
MARVELLOUS AMIR WARRIOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **Marvellous Asha Xyah Greene**<br>**also known as**<br>**Marvellous Asha Xyah**<br>**also known as**<br>**Marcellus Alexander Greene**<br>**also known as**<br>**Marvellous Amir Warrior,**<br><br>     **Plaintiff,**<br><br>     v.<br><br>**Fernando Gonzalez, et al.,**<br><br>     **Defendant.** | Case No. CV 08-00677 CRB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE**<br><br>Judge:     Hon. Charles R. Breyer |

WHEREAS on April 4, 2014, the parties appeared before the Court for a Case Management Conference where the Court set December 12, 2014 as the deadline for hearing dispositive motions in this matter;

WHEREAS, the parties have conferred on a pretrial schedule that comports with the Court-mandated dispositive motion hearing date;

IT IS HEREBY STIPULATED, subject to the Court's approval, that the following

schedule shall govern pretrial proceedings in this matter:

| Proposed Date | |
|---|---|
| April 4, 2014 | Date on which Parties first may serve discovery requests and subpoenas pursuant to the Federal Rules of Civil Procedure. |
| April 28, 2014 | Deadline for Parties to serve their Rule 26(a) Initial Disclosures. |
| August 4, 2014 | Deadline for completion of fact discovery. |
| August 18, 2014 | Deadline for the Parties to identify any expert witnesses who may be used at trial and provide reports pursuant to FRCP 26(a)(2)(B). |
| September 1, 2014 | Deadline for the Parties to identify any rebuttal expert witnesses who may be used at trial and provide reports pursuant to FRCP 26(a)(2)(B). |
| September 22, 2014 | Deadline to complete expert depositions. |
| October 24, 2014 | Deadline for Parties to file dispositive motions. |
| December 12, 2014 | Deadline to hear dispositive motions. |

Dated: April 25, 2014         JONES DAY

By: */s/ Daniel L. Corbett*
    Daniel L. Corbett

JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
(415) 626-3939
dcorbett@jonesday.com

*Attorneys for Plaintiff*

Dated: April 25, 2014

By: */s/* Russa Boyd
Russa Boyd

California Department of Justice
1300 "I" Street
P.O. Box 944255
Sacramento, CA 94244
(916) 319-9476
Russa.Boyd@doj.ca.gov

*Attorneys for Defendant*

**The below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.**

Dated: April 25, 2014

*/s/* Daniel L. Corbett
Daniel L. Corbett

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _6/47/4236_____        _____
Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

SFI-858409v1