Caroline N. Mitchell (State Bar No. 143124)
cnmitchell@JonesDay.com
Nathaniel P. Garrett (State Bar No. 248211)
ngarrett@JonesDay.com
Amir Q. Amiri (State Bar No. 271224)
aamiri@jonesday.com
Daniel L. Corbett (State Bar No. 286103)
dcorbett@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    415.626.3939
Facsimile:    415.875.5700

Attorneys for Plaintiff
MARVELLOUS AMIR WARRIOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **Marvellous Asha Xyah Greene**<br>**also known as**<br>**Marvellous Asha Xyah**<br>**also known as**<br>**Marcellus Alexander Greene**<br>**also known as**<br>**Marvellous Amir Warrior,**<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**Fernando Gonzalez, et al.,**<br><br>　　　　　**Defendant.** | Case No. CV 08-00677 CRB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING DISCOVERY SCHEDULE**<br><br>Judge:　　Hon. Charles R. Breyer |

WHEREAS on April 4, 2014, the parties appeared at a Case Management Conference, at which time the Court set December 12, 2014 as the deadline for dispositive motions, and ordered the parties to submit a joint pre-trial schedule based on that date;

WHEREAS on April 25, 2014, the Court approved the parties' stipulated pre-trial schedule based on the Court's Order;

WHEREAS, the parties now desire to amend the stipulated pre-trial schedule to allow additional time for completion of fact discovery, in light of the following facts:

1. On June 20, 2014, Defendant produced over 1,100 documents to Plaintiff.  Plaintiff will require additional time to review and analyze this substantial production before the July 3, 2014 deadline for serving additional discovery requests, deposition notices and subpoenas.

2. Any supplemental or additional production by Defendant is subject to the parties agreement on, and the Court's approval of, a Stipulated Protective Order.  Defendant's first set of document contains redacted information that, Defendant contends, is "confidential" under California law and could compromise institutional security if disclosed.   The parties anticipate that the Protective Order will establish a procedure under which the parties will meet and confer about potential production of unredacted confidential documents, after Plaintiff has reviewed redacted versions.  Under the current schedule, the parties will be unable to implement this procedure before the deadline passes for serving additional discovery requests, deposition notices and subpoenas.

3. Plaintiff's counsel is having significant, ongoing difficulties communicating with Plaintiff, who is incarcerated at Pelican Bay Correctional Institution in Crescent City, California, near the Oregon border.  Pelican Bay staff has informed both Plaintiff's counsel and Defendant's counsel that the institution's policy is to provide confidential phone calls only if required by court order.  This is due to the significant staff resources that would be required to provide inmates additional telephone calls, coupled with the availability of regularly scheduled attorney visiting hours.  Pelican Bay is located over six-hours driving distance from Plaintiff's counsel's office.  As a result, Plaintiff has requested, and Defendant has granted, an extension of time until July 3, 2014, to respond to Defendant's discovery requests.  Defendant will have little time to review Plaintiff's discovery responses before the deadline to propound additional discovery requests, deposition notices and subpoenas.

1   WHEREAS, the parties' stipulated amended schedule will not cause undue delay in the
2   resolution of this case, in light of the parties substantial progress in discovery and their ongoing
3   cooperation in resolving remaining issues relating to confidentiality and scheduling, as described
4   above.
5   IT IS HEREBY STIPULATED, subject to the Court's approval, that the following
6   amended schedule shall govern pretrial proceedings in this matter:

| Date Set by Order Dated 4/25/14 | Stipulated Amended Date | Event |
|---|---|---|
| August 4, 2014 | October 17, 2014 | Deadline for completion of fact discovery. |
| August 18, 2014 | October 31, 2014 | Deadline for the Parties to identify any expert witnesses who may be used at trial and provide reports pursuant to FRCP 26(a)(2)(B). |
| September 1, 2014 | November 14, 2014 | Deadline for the Parties to identify any rebuttal expert witnesses who may be used at trial and provide reports pursuant to FRCP 26(a)(2)(B). |
| September 22, 2014 | December 5, 2014 | Deadline to complete expert depositions. |
| October 24, 2014 | December 26, 2014 | Deadline for Parties to file dispositive motions. |

Dated:  June 26, 2014                         JONES DAY

                                              By: */s/* Daniel L. Corbett
                                                  Daniel L. Corbett

                                              JONES DAY
                                              555 California Street, 26th Floor
                                              San Francisco, CA  94104
                                              (415) 626-3939
                                              dcorbett@jonesday.com

                                              *Attorneys for Plaintiff*

| | |
|---|---|
| Dated: June 26, 2014 | CALIFORNIA DEPARTMENT OF JUSTICE |
| | By: /s/ Russa M. Boyd <br> Russa M. Boyd |
| | California Department of Justice <br> 1300 "I" Street <br> P.O. Box 944255 <br> Sacramento, CA 94244 <br> (916) 319-9476 <br> Russa.Boyd@doj.ca.gov |
| | *Attorneys for Defendant* |

**The below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.**

Dated: June 26, 2014

/s/ Daniel L. Corbett
Daniel L. Corbett

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8 15 2 14 236

Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

SFI-864339v2