KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MISHA D. IGRA, State Bar No. 208711
Supervising Deputy Attorney General
MICHELLE M. MAYER, State Bar No. 233830
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 323-8789
 Fax:  (916) 324-5205
 E-mail:  Michelle.Mayer@doj.ca.gov
*Attorneys for Defendant Gonzalez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MARVELLOUS ASHA XYAH GREEN** <br> also known as <br> **MARVELLOUS ASHA XYAH** <br> also known as <br> **MARCELLUS ALEXANDER GREENE** <br> also known as <br> **MARVELLOUS AMIR WARRIOR,** <br><br> Plaintiff, <br><br> v. <br><br> **J. JONES, et al.,** <br><br> Defendants. | 1:08-cv-00677 CRB (PC) <br><br> **STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT'S REPLY AND CONTINUING HEARING DATE** <br><br> Judge: Honorable Charles R. Breyer <br> Action Filed: May 5, 2008 |

Under Federal Rules of Civil Procedure 6(b)(1)(A) and Local Rules 143 and 144, the parties, through their counsel of record, stipulate to a seven-day extension, up to and including April 3, 2015, for Defendant to file his reply to Plaintiff's opposition (ECF No. 92) to the motion for summary judgment. (ECF No. 91.)  The current reply deadline is March 27, 2015.  The parties further stipulate to continue the hearing on Defendant's motion to April 17, 2015.

1

1    When an act must be done within a specified time, the court may, for good cause, extend
2 the time with or without motion or notice if the court acts, or if a request is made, before the
3 original time expires.  Fed. R. Civ. P. 6(b)(1)(A).  Good cause exists to grant this extension
4 because, despite defense counsel's diligence, she will not be able to prepare the reply brief by the
5 current due date.  Defense counsel has three other filing deadlines on March 27, 2015, and
6 Plaintiff's opposition to Defendant's summary-judgment motion is extensive (*see* ECF Nos. 92 –
7 92-12), therefore, defense counsel requires additional time to prepare the reply.  This short
8 extension will not affect the scheduling deadlines in this case since the only remaining deadlines
9 are the ones for the reply brief and the hearing on this motion.

10   Under Local Rules 143 and 230(f), the parties stipulate to continue the hearing on
11 Defendant's motion for summary judgment to April 17, 2015, at 10:00 a.m. in Courtroom 6,
12 before the Honorable Charles R. Breyer.

13   Accordingly, the parties stipulate that Defendant's deadline for filing a reply to Plaintiff's
14 opposition to Defendant's motion for summary judgment shall be extended to April 3, 2015, and
15 the hearing on the motion shall be continued until April 17, 2015.

16   **IT IS SO STIPULATED:**

17  Dated:  March 24, 2015                */s/ Daniel L. Corbett*
                                            Daniel L. Corbett
18                                          JONES DAY
                                            Attorneys for Plaintiff Marvellous Greene
19

20

21  Dated:  March 24, 2015                */s/ Michelle M. Mayer*
                                            Michelle M. Mayer
22                                          Deputy Attorney General
                                            Attorney for Defendant Gonzalez
23

24   **IT IS SO ORDERED.**

25  DATED:  March 25, 2015                _____
                                            Charles R. Breyer
26                                          United States District Judge

27

28  SA2012307758
    11809117.doc

2