IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELLOUS AMIR WARRIOR,<br><br>   Plaintiff,<br><br>   v.<br><br>FERNANDO GONZALEZ ET AL.,<br><br>   Defendants. | No. C 08-00677 CRB<br><br>**JUDGMENT** |

On September 27, 2016, the Court granted summary judgment to Defendant Gonzalez on all of Plaintiff Warrior's remaining claims. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant Gonzalez and against Plaintiff Warrior. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 4, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE